AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES

V.

TAL ALEXANDER

**EXHIBIT AND WITNESS LIST**

24-4544-MJ-REID

| PRESIDING JUDGE<br>LISETTE M. REID | PLAINTIFF'S ATTORNEY<br>Lauren Astigarraga | DEFENDANT'S ATTORNEY<br>J. Denaro, D. Paul & M. Williams |
|---|---|---|
| TRIAL DATE (S)<br>Detention Hearing: 12/13/24 | COURT REPORTER<br>DAR: 14:05:09 & 15:53:53 | COURTROOM DEPUTY<br>Elizabeth Rodriguez |

| PLTF. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | |
|---|---|---|---|---|---|
| X | | 12/13/24 | | | S/A(FBI) Justin Atwood sworn & testified |
| | 1 | | X | X | Superseding Indictment from SD of NY |
| | 2 | | X | X | Letter dated 12/11/24 to Judge Caproni & Judge Reid |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages