UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TAL ALEXANDER,<br><br>                Defendant. | Case No. 24-MJ-04544 (LMR) |

**DEFENDANT TAL ALEXANDER'S RESPONSE TO [ECF#25] GOVERNMENT'S MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO REOPEN THE DETENTION HEARING AND STAY REMOVAL**

On December 16, 2024, Defendant Tal Alexander moved this Court to reopen the detention hearing held on December 13, 2024, and stay removal of this case to the Southern District of New York pending a decision on pretrial detention.  ECF No. 22.

This Court ordered the government to file a response by December 18, 2024.  ECF No. 23.

The Government filed a motion seeking a one-day extension of time to file its response, indicating that it is waiting to receive a copy of the transcript of the detention hearing, which the Court granted.  ECF Nos. 25, 26.  While Mr. Alexander submits that no transcript is required to respond (given that this matter is before the same judicial officer who presided over the detention hearing), as a professional courtesy Mr. Alexander did not oppose a one-day extension, but requested that any hearing on the motion be heard this week, on Friday, December 20, 2024, so as not to delay the proceeding; also, undersigned counsel (Srebnick) is scheduled to be out of the district next week.

Government counsel advised Mr. Alexander that the Assistant United States Attorneys from the Southern District of New York and Special Agent Justine Atwood are not available to be

in court on December 20, 2024.  Mr. Alexander proposes that Special Agent Atwood testify remotely, and that an Assistant United States Attorney from the Southern District of Florida—the office that originally handled the detention hearing—appear for the government, so as not to delay the proceeding.

Dated:   December 18, 2024

                                            Respectfully submitted,

                                            **WALDEN MACHT HARAN & WILLIAMS LLP**

By:   */s/  Milton L. Williams*
      Milton L. Williams
      Deanna M. Paul
      Admitted Pro Hac Vice
      250 Vesey Street
      New York, NY 10281
      Tel: (212) 335-2030
      mwilliams@wmhwlaw.com
      dpaul@wmhwlaw.com

                                            **BLACK SREBNICK**

By:   */s/  Howard Srebnick*
      Howard Srebnick
      201 South Biscayne Boulevard, Suite 1300
      Miami, FL 33131
      Tel: (305) 371-6421
      hsrebnick@royblack.com

      *Attorneys for Tal Alexander*